**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVEN PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1777-LPS |
| v. | ) |
| | ) |
| MYLAN TECHNOLOGIES INC., MYLAN PHARMACEUTICALS INC., MYLAN INC. and MYLAN N.V., | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 and the terms of a separate agreement, Plaintiff Noven Pharmaceuticals, Inc. ("Noven") and Defendants Mylan Technologies Inc., Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan N.V. ("Mylan") hereby stipulate and agree that all claims between Noven and Mylan in the above-referenced action are hereby dismissed with prejudice, and each party shall bear its own costs, attorneys' fees, and expenses.

| | |
|---|---|
| ASHBY GEDDES | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ Andrew C. Mayo* | */s/ David E. Moore* |
| _____ | _____ |
| John G. Day (#2403) | David E. Moore (#3983) |
| Andrew C. Mayo (#5207) | Bindu A. Palapura (#5370) |
| 500 Delaware Avenue, 8th Floor | Hercules Plaza, 6th Floor |
| P.O. Box 1150 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 984-6000 |
| jday@ashbygeddes.com | dmoore@potteranderson.com |
| amayo@ashbygeddes.com | bpalapura@potteranderson.com |
| | |
| *Attorneys for Plaintiff Noven Pharmaceuticals, Inc.* | *Attorneys for Mylan Technologies Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., and Mylan N.V.* |

IT IS SO ORDERED this ___ day of _____, 2018.

_____
Leonard P. Stark, Chief Judge